IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

EVA J. GREEN                                                                                           PLAINTIFF

v.                                            Case No. 1:16-cv-1068

CAROLYN W. COLVIN
Commissioner, Social Security Administration                                                DEFENDANT

## JUDGMENT

Before the Court is the Report and Recommendation filed December 14, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 20). Judge Bryant recommends that the Court affirm the administrative law judge's ("ALJ") decision denying Plaintiff Eva J. Green's applications for Supplemental Security Income and Disability Insurance Benefits under Titles II and XVI of the Social Security Act.[1]

Plaintiff has not filed objections to the Report and Recommendation and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court has reviewed the case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Therefore, the Court adopts the Report and Recommendation (ECF No. 29) *in toto*. Accordingly, the ALJ's decision denying benefits to Plaintiff is hereby **AFFIRMED**, and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 8th day of January, 2018.

                                                                            /s/ Susan O. Hickey
                                                                            Susan O. Hickey
                                                                            United States District Judge

---

[1] Specifically, Judge Bryant states that the ALJ's findings were supported by substantial evidence on the record as a whole; that the ALJ did not fail to comply with the Court's previous remand instructions; and that the ALJ did not err in assessing Plaintiff's credibility, her Residual Functional Capacity, and her ability to perform her Past Relevant Work.